■ LEONARDO LOPEZ-RAMOS, Respondent, v NEW YORK CITY HOUSING AUTHORITY et al., Appellants. [24 NYS3d 513]—

Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered April 10, 2015, which denied defendants' motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.

Dismissal of the complaint is warranted in this action where plaintiff alleges that he was injured when, while descending the interior stairway in defendants' building, he slipped and fell down the stairs. Although plaintiff submitted evidence showing areas of worn paint by the metal nosing of the stairs, such a condition is not an actionable defect under the circumstances presented (*see e.g. Sims v 3349 Hull Ave. Realty Co. LLC*, 106 AD3d 466 [1st Dept 2013]; *Budano v Gurdon*, 110 AD3d 543 [1st Dept 2013]). Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.